| | |
|---|---|
| 1 | PATRICIA L. MCCLARAN (State Bar No. 95754)<br>SEVERSON & WERSON |
| 2 | A Professional Corporation<br>One Embarcadero Center, Suite 2600 |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 398-3344 |
| 4 | Facsimile: (415) 956-0439 |
| 5 | CHARLENE A. BUSCH (State Bar No. 124200)<br>SEVERSON & WERSON |
| 6 | A Professional Corporation<br>The Atrium |
| 7 | 19100 Von Karman Ave., Suite 700<br>Irvine, CA 92612 |
| 8 | Telephone: (949) 442-7110<br>Facsimile: (949) 442-7118 |
| 9 | |
| 10 | Attorneys for Plaintiff<br>LEHMAN BROTHERS BANK, FSB |

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | LEHMAN BROTHERS BANK, FSB,<br><br>Plaintiff,<br><br>vs.<br><br>BOMAC MORTGAGE HOLDINGS, L.P., a Texas limited partnership; and BOMAC MORTGAGE GP, INC., a Texas corporation,<br><br>Defendants. | **Case Number: C04-02415-JW**<br>Related Case: C05-00713-JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff LEHMAN BROTHERS BANK, FSB ("Lehman"), and defendants BOMAC MORTGAGE HOLDINGS, L.P. and BOMAC MORTGAGE GP, INC. ("Defendants"), by and through their respective counsel of record, stipulate (subject to this Court's approval), that Lehman's Complaint in this action is dismissed with prejudice.

It is further stipulated that BOMAC MORTGAGE HOLDINGS, L.P.'S Complaint in the related Case No. 05-00713-JW is dismissed with prejudice.

31024/0005/555422.1      STIPULATION AND ORDER FOR DISMISSAL
Case No.: C04-02415-JW

1 | It is further stipulated that the parties shall bear their own attorney's fees and costs
2 | incurred in connection with both of these actions.

3 | DATED: September 29, 2005     SEVERSON & WERSON
                                   A Professional Corporation

By:    /s/ Patricia L. McClaran
       Patricia L. McClaran

Attorneys for Plaintiff
LEHMAN BROTHERS BANK, FSB

DATED: September 26, 2005      KNAPP & VIOLA

By:    /s/ Lawrence S. Viola
       Lawrence S. Viola

Attorneys for Defendants
BOMAC MORTGAGE HOLDINGS, L.P. and
BOMAC MORTGAGE GP, INC.

**ORDER**

IT IS SO ORDERED.

DATED: 09/30/05

_____
Honorable James Ware
United States District Judge

- 2 -

31024/0005/555422.1

STIPULATION AND ORDER FOR DISMISSAL
Case No.: C04-02415-JW